45D10-2210-CT-001043
Lake Superior Court, Civil Division 6

Filed: 10/14/2022 11:17 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | )SS: | |
| COUNTY OF LAKE | ) | SITTING IN: _____ |

```
KELLY HEFLIN                       )
    Plaintiff,                     )
                                   )
v.                                 )
                                   )
SPEEDWAY, LLC, individually and    )
 d/b/a SPEEDWAY, 7-ELEVEN,         )
INC, individually and d/b/a        )
SPEEDWAY and ANABI OIL             )
CORPORATION, individually and      )
d/b/a SPEEDWAY                     )
    Defendants.                    )
```

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW the Plaintiff, KELLY HEFLIN, by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, and for her cause of action against the Defendant, SPEEDWAY, LLC, individually and d/b/a SPEEDWAY, (hereinafter referred "SPEEDWAY"), 7-ELEVEN, INC., individually and d/b/a SPEEDWAY, (hereinafter referred "7-ELEVEN, INC.), and ANABI OIL CORPORATION, individually and d/b/a SPEEDWAY (hereinafter referred "ANABI OIL CORPORATION), alleges and states as follows:

1. At all relevant times herein, the Plaintiff, KELLY HEFLIN was a resident of Merrillville, Lake County, Indiana.

2. Upon information and belief, at all times relevant herein, Defendant, SPEEDWAY is a Ohio Foreign Limited Liability Company authorized to do business within the State of Indiana, that owned and/or operated a retail business under the assumed name "Speedway" located at 3990 W. Lincoln Highway Merrillville, Indiana 46410.

1 | Page

3. Upon information and belief, at all times relevant herein, Defendant, 7-ELEVEN, INC. is a Texas Foreign For-Profit Corporation authorized to do business within the State of Indiana that owned and/or operated a retail business under the assumed name "Speedway" located at 3990 W. Lincoln Highway Merrillville, Indiana 46410.

4. Upon information and belief, at all times relevant herein, Defendant, ANABI OIL CORPORATION is a California Foreign For-Profit Corporation authorized to do business within the State of Indiana that owned and/or operated a retail business under the assumed name "Speedway" located at 3990 W. Lincoln Highway Merrillville, Indiana 46410.

5. This Court has jurisdiction over this matter pursuant to Indiana Trial Rule 75(A)(2) as all events occurred on the subject premises located in Lake County, Indiana.

6. That on or about February 4, 2022, the Plaintiff, KELLY HEFLIN, was present on the premises of the defendants located at 3990 W. Lincoln Highway Merrillville, Indiana 46410, in her capacity as a business invitee.

7. That at all relevant times herein, Plaintiff, KELLY HEFLIN was walking up a ramp leading to an entrance, on the premises towards an entrance to the storefront, when she grabbed the door to enter she slipped on ice and rolled down the ramp, causing severe injuries.

8. Plaintiff, KELLY HEFLIN, suffered personal injuries and damages as a direct result of the incident.

9. Defendants, SPEEDWAY, 7-ELEVEN, INC., and/or ANABI OIL CORPORATION, by and through its employees and/or agents, owed a duty of care to its invitees, including the Plaintiff, KELLY HEFLIN.

10. The Defendants, SPEEDWAY, 7-ELEVEN, INC., and/or ANABI OIL CORPORATION had the duty to warn the Plaintiff, KELLY HEFLIN, of any dangerous and unsafe conditions existing on said premises.

11. That the Defendants, SPEEDWAY, 7-ELEVEN, INC. and/or ANABI OIL CORPORATION and/or its agents failed to exercise the degree of care in the maintenance and upkeep of the premises as would have been exercised by a person of ordinary prudence with regard to a business invitee, under the same or similar circumstances, all of which constitute negligence.

12. That the Defendants, SPEEDWAY, 7-ELEVEN, INC. and/or ANABI OIL CORPORATION were careless and negligent in the following manner, including but not limited to:

    a. Defendants knew or should have known of the unreasonably dangerous condition;

    b. Defendants failed to correct or remedy the unreasonably dangerous condition;

    c. Defendants failed to exercise reasonable care to protect the Plaintiff against the dangerous condition;

    d. Defendants did not warn the Plaintiff of the unreasonably dangerous and/or unsafe condition;

  e. Defendants allows ice to remain on the ground, ramps and entranceways, thereby creating a dangerous and unsafe situation for their business invitees.

  f. Defendants allowed, notwithstanding the needs of the public, unsafe conditions to exist, and furthermore, Defendants did not advise Plaintiff, of the unsafe conditions that existed;

  g. Defendants were careless in the maintenance of its business property and caused or contributed to the dangerous condition.

  h. Defendants failed to comply with the doctrine of spoliation of evidence, pursuant to Indiana law, to maintain and preserve evidence.

13. As a direct and proximate result of the carelessness and negligence of the Defendants, SPEEDWAY, 7-ELEVEN, INC. and/or ANABI OIL CORPORATION, and its employees and/or agents, the Plaintiff, KELLY HEFLIN, sustained serious bodily injuries, incurred substantial medical expenses, potential loss of wages, and endured great pain and suffering, some of which are ongoing and is potentially permanent in nature.

WHEREFORE, Plaintiff, KELLY HEFLIN, by counsel, Jason R. Moseley, Miguel F. Martinez, and James A. Hoffman of the LAW OFFICES OF MOSELEY & MARTINEZ, LLC, pray for judgment against the Defendants, SPEEDWAY, LLC, individually and d/b/a SPEEDWAY, 7-ELEVEN INC., individually and d/b/a SPEEDWAY, and/or ANABI OIL CORPORATION, individually and d/b/a SPEEDWAY in an amount sufficient to compensate her for her damages and injuries, for the costs of this action, including pre-judgment and post-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

**Law Offices of Moseley & Martinez, LLC**

*/s/ Jason R. Moseley*
Jason R. Moseley, #29397-45
*Attorney for Plaintiff*

*/s/ Miguel F. Martinez*
Miguel F. Martinez, #29012-49
*Attorney for Plaintiff*

*/s/ James A. Hoffman*
James A. Hoffman, #35252-64
*Attorney for Plaintiff*

## JURY DEMAND

COMES NOW the Plaintiff, by counsel, and hereby demands a trial by jury on all issues presented by way of this litigation.

Respectfully submitted,

**Law Offices of Moseley & Martinez, LLC**

*/s/ Jason R. Moseley*
Jason R. Moseley, # 29397-45
*Attorney for Plaintiff*

*/s/ Miguel F. Martinez*
Miguel F. Martinez, #29012-49
*Attorney for Plaintiff*

*/s/ James A. Hoffman*
James A. Hoffman, #35252-64
*Attorney for Plaintiff*

**LAW OFFICES OF MOSELEY & MARTINEZ, LLC**
Jason R. Moseley, # 29397-45
Miguel F. Martinez, #29012-49
James A. Hoffman, #35252-64
8002 Utah Street
Merrillville, Indiana 46410
219-472-8391