UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| KELLY HEFLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 2:23-cv-00099 |
| v. | ) | |
| | ) | |
| SPEEDWAY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the Joint Stipulation to Dismiss [DE 39] filed by the parties on March 21, 2025. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 39] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 24th day of March, 2025.

/s/ Andrew P. Rodovich
United States Magistrate Judge